AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| ERIC GERLACH | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| CARD WORKS SERVICING | ) | C09 03292 JF PVT |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CARD WORKS SERVICING
225 W Station Sq Drive
Pittsburgh, PA 15219


A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Ryan Lee, Esq.
> Krohn & Moss, Ltd
> 10474 Santa Monica Blvd., Suite 401
> Los Angeles, CA 90025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 1 7 2009

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Tiffany Salinas-Harwell

United States District Court for the Northern District of California

CASE NO.: C09 03292

## AFFIDAVIT OF SERVICE

**Eric Gerlach**

vs.

**Card Works Servicing**                                              /

Commonwealth of Pennsylvania
County of Dauphin       ss.

I, **Erin Johnson**, a competent adult, being duly sworn according to law, depose and say that at **2:00 PM** on **09/01/2009**, I served **Card Works Servicing** at **Corporation Service Company, 2704 Commerce Drive, Harrisburg, PA 17110** in the manner described below:

☐     Defendant(s) personally served.

☐     Adult family member with whom said Defendant(s) reside(s). Relationship is _____.

☐     Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐     Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☐     Agent or person in charge of Defendant's office or usual place of business.

☐     _____ an officer of said Defendant's company.

☑     Other: **Served Jen Smith, Customer Service Associate.**

a true and correct copy of **Summons in a Civil Action; Complaint and Demand for Jury Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order Re Pretrial Preparation; Standing Order Regarding Case Management in Civil Cases** issued in the above captioned matter.

Description:
Sex: Female – Age: 35 – Skin: White – Hair: Brown – Height: 5' 08" – Weight: 160

Sworn to and subscribed before me on this 3rd day of September, 2009.

_____
NOTARY PUBLIC

x _____
Erin Johnson
Shinkowsky Investigations
316 Fawn Ridge North
Harrisburg, PA   17110
(800) 276-0202

Atty File#:   –  Our File# 8637

Law Firm: **Krohn and Moss, Ltd.**
Address: **10474 Santa Monica Boulevard, Suite 401, Los Angeles, CA, 90025**
Telephone: **(323) 988-2400**

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
John F. Shinkowsky, Notary Public
Susquehanna Twp., Dauphin County
My Commission Expires Sept. 28, 2010

Member, Pennsylvania Association of Notaries