UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GERLACH,<br><br>       Plaintiff,<br><br>vs.<br><br>CARD WORKS SERVICING<br><br>       Defendant. | **Case No.: 5:09-cv-03292-JF**<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

For the reasons set forth in the parties' February 12, 2010 Stipulation of Dismissal with Prejudice ("Stipulation"), based upon a settlement agreement entered into between the parties, and good cause appearing, **THE TERMS OF THE PARTIES' STIPULATION ARE HEREBY ORDERED BY THIS COURT**. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

DATED: 2/22/10

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE